EL PUEBLO, DEMANDANTE Y APELADO, *v.* COFRESÍ ET AL.,
ACUSADOS Y APELANTES.

APELACIÓN procedente de la Corte de Distrito de Mayagüez
en causa por delito de conspiración.

No. 845.—Resuelto en julio 9, 1915.

CONSPIRACIÓN—INCENDIO—EXAMEN DE LAS PRUEBAS—HECHO DE LA CONSPIRA-
CIÓN.—Francisco Cofresí era dueño de un establecimiento de comercio en
que ocurrió un incendio, y Bernabé Acevedo uno de sus empleados. La
única prueba del hecho en contra de Acevedo fué de que vivía detrás del
establecimiento; que en la noche del fuego ambos acusados se quedaron
en la tienda después que todas las demás personas se habían retirado; y
que al ser requeridos por el Fiscal para explicar el motivo de encontrarse
allí materiales de combustión sospechosos, ellos nada dijeron. *Se resolvió:*
que esto a lo sumo sería una prueba muy insuficiente de haber ayudado o
asistido Acevedo a Cofresí en los preparativos del fuego, pero no probaría
que Acevedo a sabiendas ayudó a Cofresí a cometer un delito, y siendo dos
los acusados y faltando la cooperación de uno no hay prueba de conspiración.

Los hechos están expresados en la opinión.

Abogado de los apelantes: *Sr. Rafael López Landrón.*

Abogado del apelado: *Sr. Salvador Mestre, Fiscal.*

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tri-
bunal.

Esta fué una acusación contra Francisco Cofresí y Ber-
nabé Acevedo por conspiración para cometer el delito de
destruir bienes asegurados por medio de incendio. Varias
son las cuestiones que han sido promovidas y que no es nece-
sario considerar, pues el caso debe ser revocado por el defecto
fatal de no probarse la conspiración. Puede presumirse en
pro del argumento que hubo prueba tendente a establecer
el hecho de que Francisco Cofresí era culpable por haber
pegado fuego a sus mercancías para cobrar el aseguro lo cual
constituye un delito penado por el artículo 478 del Código
Penal. Cofresí era el dueño de un establecimiento de comer-
cio y Bernabé Acevedo uno de sus empleados. La única
prueba en contra de Acevedo era que vivía detrás del esta-

blecimiento; que en la noche del fuego que tuvo lugar, Cofresí y Bernabé se quedaron en la tienda después que todas las demás personas se habían retirado; y que al ser requeridos los acusados por el Fiscal para que explicaran el motivo de encontrarse allí los materiales de combustión sospechosos, ellos nada dijeron. Esto a lo sumo sería una prueba muy insuficiente, en tal caso, de haber ayudado o asistido Bernabé a Cofresí de algún modo vago o indeterminado en los preparativos del fuego. No probaría que Bernabé a sabiendas ayudó a Cofresí a cometer un delito. El pudo hasta haber ejecutado actos bajo las órdenes de Cofresí y a pesar de esto no ser partícipe en el delito (*particeps criminis*). El dependiente podría hasta haber tenido sospechas o conocimiento de las intenciones criminales de su principal. De cualquier acto manifiesto, de cualquier acuerdo, expreso o tácito, combinación o connivencia entre Cofresí y Bernabé, no existe la más leve prueba bien sea directa o circunstancial.

La dificultad con que tropezamos en muchos de nuestros casos en la de que temiendo los Fiscales que los jurados no darán veredictos por incendios o delitos semejantes procuran hacer caso omiso del jurado formulando acusaciones por conspiración, delito que frecuentemente es muy difícil probar. Si en cualquier comunidad el jurado no ha de dictar veredicto por un delito de incendio el resultado de esto pronto dejará sentir sus efectos en toda la comunidad. Por distintos motivos la propiedad será destruída. Las compañías de aseguro no asegurarán o de otro modo sus tarifas serán tan altas que resultarán prohibitivas. Tiene que ser una comunidad rara la que por mucho tiempo tolere semejantes abusos o sea condescendiente con los jurados como ciudadanos que dejen de condenar cuando se haya perpetrado verdaderamente un incendio. Una vez se creyó que los jurados no emitirían un veredicto en un caso de pena capital, o no condenarían por perjurio o soborno, pero los hechos han demostrado lo contrario. Debe revocarse la sentencia y absolverse

a los acusados sin perjuicio de que pueda formularse otra acusación contra el acusado Cofresí.

> *Revocada la sentencia apelada y absueltos los acusados sin perjuicio de que pueda formularse cualquier otra acusación contra. el acusado Francisco Cofresí de acuerdo con la ley.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro, Aldrey y Hutchison.